**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Shunte** <br> First Name <br><br> **D.** <br> Middle Name <br><br> **York-Arnold** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | **Franklin** <br> First Name <br><br> **D.** <br> Middle Name <br><br> **Arnold** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _1_ _5_ _4_ _0_ <br><br> OR <br><br> 9xx – xx – ___ ___ ___ ___ | xxx – xx – _3_ _0_ _0_ _1_ <br><br> OR <br><br> 9xx – xx – ___ ___ ___ ___ |
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br> Include trade names and doing business as names | ☑ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> _____ <br> Business name | ☑ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> _____ <br> Business name |

| Debtor 1 | **Shunte D. York-Arnold** | | |
|---|---|---|---|
| Debtor 2 | **Franklin D. Arnold** | | Case number (if known) _____ |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

About Debtor 1:

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

About Debtor 2 (Spouse Only in a Joint Case):

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5.    Where you live**

**7311 S. Evans**
Number    Street

_____

**Chicago             IL       60619**
City                      State    ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                      State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City                      State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                      State    ZIP Code

**6.    Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
   (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
   (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Shunte D. York-Arnold**
Debtor 2    **Franklin D. Arnold**                                          Case number (if known) _____

| | |
|---|---|
| 8. **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A). |
| | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |

9. **Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____ When _____ Case number _____
                          MM / DD / YYYY
District _____ When _____ Case number _____
                          MM / DD / YYYY
District _____ When _____ Case number _____
                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
                          MM / DD / YYYY

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
                          MM / DD / YYYY

11. **Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.
☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **Shunte D. York-Arnold**
Debtor 2   **Franklin D. Arnold**                                Case number (if known) _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City                                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?  _____
Number     Street

_____

_____
City                                    State        ZIP Code

| Debtor 1 | **Shunte D. York-Arnold** | | |
|---|---|---|---|
| Debtor 2 | **Franklin D. Arnold** | | Case number (if known) _____ |

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Shunte D. York-Arnold**

Debtor 2    **Franklin D. Arnold**                                          Case number (if known) _____

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
| --- | --- |

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?**   *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No.  Go to line 16b.

☑ Yes.  Go to line 17.

16b.   **Are your debts primarily business debts?**   *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.

☐ Yes.  Go to line 17.

16c.   State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

☑ Yes.   I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☑ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Shunte D. York-Arnold**

Debtor 2    **Franklin D. Arnold**                                    Case number (if known) _____

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


X **/s/ Shunte D. York-Arnold**                    X **/s/ Franklin D. Arnold**
_____                    _____
Shunte D. York-Arnold, Debtor 1                    Franklin D. Arnold, Debtor 2

Executed on **12/01/2016**                            Executed on **12/01/2016**
_____                                _____
MM / DD / YYYY                                     MM / DD / YYYY

Debtor 1    **Shunte D. York-Arnold**

Debtor 2    **Franklin D. Arnold**

Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X  **/s/ Robert J. Adams & Associates** _____    Date **12/01/2016** _____

Signature of Attorney for Debtor                                      MM / DD / YYYY

**Robert J. Adams & Associates** _____

Printed name

**Robert J. Adams & Associates** _____

Firm Name

**901 W. Jackson, Suite 202** _____

Number        Street

_____

_____

**Chicago** _____    **IL**    **60607** _____

City                                           State    ZIP Code

Contact phone  **(312) 346-0100** _____    Email address _____

**0013056** _____    _____

Bar number                                       State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 103A

## Application for Individuals to Pay the Filing Fee in Installments                    12/15

**Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.**

### Part 1:    Specify Your Proposed Payment Timetable

1. **Which chapter of the Bankruptcy Code are you choosing to file under?**

   ☑ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☐ Chapter 13

2. **You may apply to pay the filing fee in up to four installments.  Fill in the amounts you propose to pay and the dates you plan to pay them.  Be sure all dates are business days.  Then add the payments you propose to pay.**

   **You propose to pay...**

   ☑ With the filing of the petition
   ☐ On or before this date.........
   _____ MM / DD / YYYY

   _____ On or before this date.................
   _____ MM / DD / YYYY

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case.  If the court approves your application, the court will set your final payment timetable.

   _____ On or before this date.................
   _____ MM / DD / YYYY

   +  _____ On or before this date.................
   _____ MM / DD / YYYY

   **Total**    **$0.00**    <-- Your total must equal the entire fee for the chapter you checked in line 1.

### Part 2:    Sign Below

**By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:**

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline.  Your debts will not be discharged until your entire fee is paid.

- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

X  **/s/ Shunte D. York-Arnold**
Shunte D. York-Arnold, Debtor 1

X  **/s/ Franklin D. Arnold**
Franklin D. Arnold, Debtor 2

X  **/s/ Robert J. Adams & Associates**
**Robert J. Adams & Associates**
Your attorney's name and signature, if
you used one

Date: **12/01/2016**
MM / DD / YYYY

Date: **12/01/2016**
MM / DD / YYYY

Date: **12/01/2016**
MM / DD / YYYY

---

**Fill in this information to identify the case:**

| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

Chapter filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

## Order Approving Payment of Filing Fee in Installments

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A), the court orders that:

☑ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| _____ | _____ |
| | Month / day / year |
| _____ | _____ |
| | Month / day / year |
| _____ | _____ |
| | Month / day / year |
| + _____ | _____ |
| | Month / day / year |
| **Total** _____ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____                    **By the court:**  _____
Month / day / year                                                            United States Bankruptcy Judge

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list
the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are
filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate
sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No.  Go to Part 2.
☐ Yes.  Where is the property?

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any
    entries for pages you have attached for Part 1. Write that number here..........................................→ | $0.00 |

## Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Toyota** | ☐ Debtor 1 only | |
| Model: | **Camry** | ☐ Debtor 2 only | |
| Year: | **2013** | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **26,000** | ☐ At least one of the debtors and another | $23,018.00 / $23,018.00 |

Other information:
**2013 Toyota Camry (approx. 26,000 miles) has been repossessed**

☐ Check if this is community property
(see instructions)

| 3.2. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mazda** | ☐ Debtor 1 only | |
| Model: | **CX9** | ☐ Debtor 2 only | |
| Year: | **2013** | ☑ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **62,000** | ☐ At least one of the debtors and another | $27,716.00 / $27,716.00 |

Other information:
**2013 Mazda CX9 (approx. 64,000 miles)**

☐ Check if this is community property
(see instructions)

| Debtor 1 | **Shunte D. York-Arnold** | | |
|---|---|---|---|
| Debtor 2 | **Franklin D. Arnold** | Case number (if known) | |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any
entries for pages you have attached for Part 2. Write that number here...........................................➔ | $50,734.00

---

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6.** **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe..... **Six rooms of furniture of various ages** | $225.00

**7.** **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe..... **2 Tv's, 1 Computer,  Cell phones** | $400.00

**8.** **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

**9.** **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes.  Describe.....

**10.** **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes.  Describe.....

**11.** **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..... **Clothing** | $220.00

**12.** **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No
☐ Yes.  Describe.....

**13.** **Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes.  Describe.....

| Debtor 1 | **Shunte D. York-Arnold** | | |
|---|---|---|---|
| Debtor 2 | **Franklin D. Arnold** | | Case number (if known) |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here**..................................................................................➔ | $845.00 |

---

### Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.....................................................................................  Cash: ..........................  **$60.00**

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................    Institution name:

| 17.1. | Checking account: | **Checking account with Bank of America** | **$600.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about them...........................    Name of entity:                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them...........................    Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each account separately.    Type of account:    Institution name:

| | 401(k) or similar plan: | **401(k) or similar plan** | **$300.00** |
| | Pension plan: | **Pension plan (Defined benefits)** | **Unknown** |

---

Debtor 1    **Shunte D. York-Arnold**

Debtor 2    **Franklin D. Arnold** _____    Case number (if known) _____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes............................    Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes............................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific    _____
    information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific    _____
    information about them

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific    _____
    information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No

☐ Yes.  Give specific information    Federal: _____  **$0.00**
    about them, including whether
    you already filed the returns    State: _____  **$0.00**
    and the tax years......................
                                        Local: _____  **$0.00**

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes.  Give specific information    Alimony: _____  **$0.00**

    Maintenance: _____  **$0.00**

    Support: _____  **$0.00**

    Divorce settlement: _____  **$0.00**

    Property settlement: _____  **$0.00**

| Debtor 1 | **Shunte D. York-Arnold** | | |
|---|---|---|---|
| Debtor 2 | **Franklin D. Arnold** | Case number (if known) | _____ |

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information ........................................................................................ _____

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................ Company name:            Beneficiary:            Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information ........................................................................................ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........ _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes. Describe each claim........ _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here** ....................................................................... → | **$960.00** |

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe.. _____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☑ No
☐ Yes. Describe.. _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe.. _____

Debtor 1    **Shunte D. York-Arnold**
Debtor 2    **Franklin D. Arnold**                              Case number (if known) _____

**41. Inventory**

- ☒ No
- ☐ Yes.  Describe..                                                                          _____

**42. Interests in partnerships or joint ventures**

- ☒ No
- ☐ Yes.  Describe.....  Name of entity:                          % of ownership:

**43. Customer lists, mailing lists, or other compilations**

- ☒ No
- ☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes.  Describe.....                                                                  _____

**44. Any business-related property you did not already list**

- ☒ No
- ☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................➜  | $0.00 |

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

- ☒ No.  Go to Part 7.
- ☐ Yes.  Go to line 47.

                                                                          **Current value of the portion you own?**
                                                                          Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

- ☒ No
- ☐ Yes....                                                                  _____

**48. Crops--either growing or harvested**

- ☒ No
- ☐ Yes.  Give specific information...............                          _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

- ☒ No
- ☐ Yes....                                                                  _____

**50. Farm and fishing supplies, chemicals, and feed**

- ☒ No
- ☐ Yes....                                                                  _____

**51. Any farm- and commercial fishing-related property you did not already list**

- ☒ No
- ☐ Yes.  Give specific information...............                          _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**...................................................................➜  | $0.00 |

Debtor 1  **Shunte D. York-Arnold**
Debtor 2  **Franklin D. Arnold**
_____   Case number (if known) _____

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**................................. ➔   | $0.00 |

## Part 8:  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**........................................................................................... ➔   $0.00

56. **Part 2: Total vehicles, line 5**                                          $50,734.00

57. **Part 3: Total personal and household items, line 15**                 $845.00

58. **Part 4: Total financial assets, line 36**                              $960.00

59. **Part 5: Total business-related property, line 45**                    $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**           $0.00

61. **Part 7: Total other property not listed, line 54**          +         $0.00

62. **Total personal property.**   Add lines 56 through 61..................  | $52,539.00 |   Copy personal property total ➔ +   $52,539.00

63. **Total of all property on Schedule A/B.**   Add line 55 + line 62...............................................   | $52,539.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2013 Toyota Camry (approx. 26000 miles)**<br>**2013 Toyota Camry (approx. 26,000 miles)**<br>**has been repossessed**<br>Line from *Schedule A/B*: __3.1__ | **$23,018.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |
| Brief description:<br>**2013 Mazda CX9 (approx. 62000 miles)**<br>**2013 Mazda CX9 (approx. 64,000 miles)**<br>Line from *Schedule A/B*: __3.2__ | **$27,716.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐ No
    ☐ Yes

Debtor 1   **Shunte D. York-Arnold**
Debtor 2   **Franklin D. Arnold**

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Six rooms of furniture of various ages** <br> Line from *Schedule A/B*: __6__ | $225.00 | ☑ $225.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: **2 Tv's, 1 Computer, Cell phones** <br> Line from *Schedule A/B*: __7__ | $400.00 | ☑ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: **Clothing** <br> Line from *Schedule A/B*: __11__ | $220.00 | ☑ $220.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a), (e) |
| Brief description: **Cash** <br> Line from *Schedule A/B*: __16__ | $60.00 | ☑ $60.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: **Checking account with Bank of America** <br> Line from *Schedule A/B*: __17.1__ | $600.00 | ☑ $600.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: **401(k) or similar plan** <br> Line from *Schedule A/B*: __21__ | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 |
| Brief description: **Pension plan (Defined benefits)** <br> Line from *Schedule A/B*: __21__ | Unknown | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|
| **Santander Consumer USA** | Describe the property that secures the claim: | $23,018.00 | $23,018.00 | |
| Creditor's name | **2013 Toyota Camry** | | | |
| **8585 N. Stemmons FW** | | | | |
| Number    Street | | | | |

**Dallas**     **TX**   **75287**
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Car loan**

Date debt was incurred _____     Last 4 digits of account number   **2   6   2   8**

Add the dollar value of your entries in Column A on this page. Write that number here:

$23,018.00

Debtor 1   **Shunte D. York-Arnold**
Debtor 2   **Franklin D. Arnold**

Case number (if known) _____

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** <br> After listing any entries on this page, number them sequentially from the previous page. | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral | *Column B* <br> **Value of collateral that supports this claim** | *Column C* <br> **Unsecured portion** <br> If any |

| 2.2 | | Describe the property that secures the claim: | $27,716.00 | $21,500.00 | $6,216.00 |

**Wells Fargo Dealer Services**
Creditor's name
**PO Box 25341**              2013 Mazda CX9
Number      Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Santa Ana          CA   92799-5341**
City            State    ZIP Code

**Who owes the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**   Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Auto loan**

**Date debt was incurred**   2015       **Last 4 digits of account number**   ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:          | $27,716.00 |

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:    | $50,734.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No.  Go to Part 2.
☑ Yes.

2.  **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $49,500.00 | $49,500.00 | $0.00 |

**Illinois Child Support**
Priority Creditor's Name
**509 South 6th Street**
Number          Street
**Child Support Enforcement**
_____

**Springfield            IL      62701**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Children are adults; this is arrearage only**

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other.  Specify

| Debtor 1 | **Shunte D. York-Arnold** |
|---|---|
| Debtor 2 | **Franklin D. Arnold** |

Case number (if known) _____

---

**Part 1:**    **Your PRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**2.2**

| | $0.00 | $0.00 | $0.00 |
|---|---|---|---|

**Norine Taylor**
Priority Creditor's Name

_____
Number       Street

_____

_____

City                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other.  Specify

---

**2.3**

| | $0.00 | $0.00 | $0.00 |
|---|---|---|---|

**Yoshika Millburn**
Priority Creditor's Name

_____
Number       Street

_____

_____

City                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other.  Specify

---

| Debtor 1 | **Shunte D. York-Arnold** | | |
|---|---|---|---|
| Debtor 2 | **Franklin D. Arnold** | | Case number (if known) _____ |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑   Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

### 4.1

|  | | **$392.00** |
|---|---|---|

**Capital One Bank**
Nonpriority Creditor's Name
**PO Box 85617**
Number       Street

_____

**Richmond**              **VA**      **23276**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☑   Debtor 1 only
☐   Debtor 2 only
☐   Debtor 1 and Debtor 2 only
☐   At least one of the debtors and another
☐   **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑   No
☐   Yes

**Last 4 digits of account number**      __ __ __ __
**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐   Contingent
☐   Unliquidated
☐   Disputed

**Type of NONPRIORITY unsecured claim:**
☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
    **Credit Card**

### 4.2

|  | | **$1,500.00** |
|---|---|---|

**Check ' N Go**
Nonpriority Creditor's Name
**2010 E. 159th St.**
Number       Street

_____

**Calumet City**          **IL**      **60409**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☑   Debtor 1 only
☐   Debtor 2 only
☐   Debtor 1 and Debtor 2 only
☐   At least one of the debtors and another
☐   **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑   No
☐   Yes

**Last 4 digits of account number**      __ __ __ __
**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐   Contingent
☐   Unliquidated
☐   Disputed

**Type of NONPRIORITY unsecured claim:**
☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
    **Other**

| Debtor 1 | **Shunte D. York-Arnold** |
|---|---|
| Debtor 2 | **Franklin D. Arnold** |

Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**

**$800.00**

**Check ' N Go**
Nonpriority Creditor's Name
**2010 E. 159th St.**
Number     Street
_____
_____

**Calumet City          IL     60409**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Other**

**4.4**

**$665.00**

**Credit One Bank**
Nonpriority Creditor's Name
**PO Box 98872**
Number     Street
_____
_____

**Las Vegas          NV     89193**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Other**

**4.5**

**$4,781.00**

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number     Street
_____
_____

**Wilkes Barre          PA     18773**
City                          State     ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Student loan**

| Debtor 1 | **Shunte D. York-Arnold** | | |
|---|---|---|---|
| Debtor 2 | **Franklin D. Arnold** | | Case number (if known) _____ |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.6

**$5,756.00**

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number        Street

_____

_____

**Wilkes Barre        PA    18773**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Student loan**

### 4.7

**$9,853.00**

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number        Street

_____

_____

**Wilkes Barre        PA    18773**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Student loan**

### 4.8

**$4,762.00**

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number        Street

_____

_____

**Wilkes Barre        PA    18773**
City                            State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Student loan**

Debtor 1   **Shunte D. York-Arnold**
Debtor 2   **Franklin D. Arnold**

Case number (if known) _____

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.9**                                                                                  **$5,176.00**

| | |
|---|---|
| **Department of ed/Navient**<br>Nonpriority Creditor's Name<br>**P.O.Box 9635**<br>Number        Street<br><br>_____<br>_____<br><br>**Wilkes Barre        PA        18773**<br>City                          State      ZIP Code | **Last 4 digits of account number**  __ __ __ __<br>**When was the debt incurred?**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Student loan**

---

**4.10**                                                                                 **$9,929.00**

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number        Street

_____
_____

**Wilkes Barre        PA        18773**
City                          State      ZIP Code

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Student loan**

---

**4.11**                                                                                 **$3,255.00**

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number        Street

_____
_____

**Wilkes Barre        PA        18773**
City                          State      ZIP Code

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Student loan**

---

Debtor 1    **Shunte D. York-Arnold**
Debtor 2    **Franklin D. Arnold**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.12**

**$17,314.00**

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number    Street
_____

_____

**Wilkes Barre         PA     18773**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Student loan**

---

**4.13**

**$8,583.00**

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number    Street
_____

_____

_____

**Wilkes Barre         PA     18773**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Student loan**

---

**4.14**

**$3,754.00**

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number    Street
_____

_____

**Wilkes Barre         PA     18773**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Student loan**

Debtor 1   **Shunte D. York-Arnold**
Debtor 2   **Franklin D. Arnold**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.15

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number      Street

_____

_____

**Wilkes Barre        PA      18773**
City                        State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Student loan**

**$9,355.00**

### 4.16

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number      Street

_____

_____

**Wilkes Barre        PA      18773**
City                        State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Student loan**

**$5,762.00**

### 4.17

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number      Street

_____

_____

**Wilkes Barre        PA      18773**
City                        State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Student loan**

**$2,486.00**

Debtor 1    **Shunte D. York-Arnold**
Debtor 2    **Franklin D. Arnold**

Case number (if known) _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.18 | | **$9,946.00** |
|---|---|---|

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number        Street

_____

_____

**Wilkes Barre        PA    18773**
City                                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Student loan**

| 4.19 | | **$5,848.00** |
|---|---|---|

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number        Street

_____

_____

**Wilkes Barre        PA    18773**
City                                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Student loan**

| 4.20 | | **$5,007.00** |
|---|---|---|

**Department of ed/Navient**
Nonpriority Creditor's Name
**P.O.Box 9635**
Number        Street

_____

_____

**Wilkes Barre        PA    18773**
City                                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Student loan**

| | |
|---|---|
| Debtor 1 | **Shunte D. York-Arnold** |
| Debtor 2 | **Franklin D. Arnold** |

Case number (if known) _____

---

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the
previous page.

<table>
<tr><td></td><td style="text-align:right">**Total claim**</td></tr>
</table>

**4.21**

**$352.00**

| | |
|---|---|
| **Dish Network** | **Last 4 digits of account number**   __ __ __ __ |
| Nonpriority Creditor's Name | |
| **Dept 0063** | **When was the debt incurred?**   _____ |
| Number      Street | |
| _____ | **As of the date you file, the claim is:** Check all that apply. |
| _____ | ☐ Contingent |
| | ☐ Unliquidated |
| **Palatine          IL      60055-0063** | ☐ Disputed |
| City          State    ZIP Code | |
| **Who incurred the debt?**   Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☒ Debtor 1 only | ☐ Student loans |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 1 and Debtor 2 only | that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ **Check if this claim is for a community debt** | ☒ Other.  Specify |
| **Is the claim subject to offset?** | **Other** |
| ☒ No | |
| ☐ Yes | |

**4.22**

**$0.00**

| | |
|---|---|
| **Illinois Child Support** | **Last 4 digits of account number**   __ __ __ __ |
| Nonpriority Creditor's Name | |
| **509 South 6th Street** | **When was the debt incurred?**   _____ |
| Number      Street | |
| **Child Support Enforcement** | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Springfield       IL      62701** | ☐ Disputed |
| City          State    ZIP Code | |
| **Who incurred the debt?**   Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Student loans |
| ☒ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 1 and Debtor 2 only | that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ **Check if this claim is for a community debt** | ☒ Other.  Specify |
| **Is the claim subject to offset?** | **Notice Only** |
| ☒ No | |
| ☐ Yes | |

**4.23**

**$0.00**

| | |
|---|---|
| **Illinois Child Support** | **Last 4 digits of account number**   __ __ __ __ |
| Nonpriority Creditor's Name | |
| **509 South 6th Street** | **When was the debt incurred?**   _____ |
| Number      Street | |
| **Child Support Enforcement** | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Springfield       IL      62701** | ☐ Disputed |
| City          State    ZIP Code | |
| **Who incurred the debt?**   Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Student loans |
| ☒ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 1 and Debtor 2 only | that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ **Check if this claim is for a community debt** | ☒ Other.  Specify |
| **Is the claim subject to offset?** | **Notice Only** |
| ☒ No | |
| ☐ Yes | |

Debtor 1    **Shunte D. York-Arnold**
Debtor 2    **Franklin D. Arnold**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.24**

$0.00

**Lane Bryant**
Nonpriority Creditor's Name
**PO Box 182121**
Number        Street

_____

**Columbus            OH      43218**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Credit Card**

---

**4.25**

$68.00

**Peoples Gas**
Nonpriority Creditor's Name
**n/k/a People's Energy**
Number        Street
**200 E. Randoph**

_____

**Chicago              IL      60687-6207**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Utility**

---

**4.26**

$392.00

**Riverside Commerce Center**
Nonpriority Creditor's Name
**120 Corporate Blvd. Ste. 100**
Number        Street
**Norfolk, VA 235024962**

_____

City                          State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Other**

| | |
|---|---|
| Debtor 1 | **Shunte D. York-Arnold** |
| Debtor 2 | **Franklin D. Arnold** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.27**

**$245.00**

**Riverside Commerce Center**
Nonpriority Creditor's Name
**120 Corporate Blvd. Ste. 100**
Number      Street
**Norfolk, VA 235024962**

_____

City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Other**

---

**4.28**

**$197.00**

**Riverside Commerce Center**
Nonpriority Creditor's Name
**120 Corporate Blvd. Ste. 100**
Number      Street
**Norfolk, VA 235024962**

_____

City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Other**

---

**4.29**

**$1,935.00**

**Robert J Adams & Associates**
Nonpriority Creditor's Name
**901 W Jackson, Suite 202**
Number      Street

_____

**Chicago           IL      60607**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** **05/21/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Attorney Fees**

---

| Debtor 1 | **Shunte D. York-Arnold** |
|---|---|
| Debtor 2 | **Franklin D. Arnold** |

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.30**

$519.00

**World Financial Network National Bank**
Nonpriority Creditor's Name
**PO Box 182124**
Number        Street

_____

_____

**Columbus          OH    43218**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Other**

**4.31**

$701.00

**World Financial Network National Bank**
Nonpriority Creditor's Name
**PO Box 182124**
Number        Street

_____

_____

**Columbus          OH    43218**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Other**

Debtor 1    Shunte D. York-Arnold
Debtor 2    Franklin D. Arnold                                                Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
    For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
    creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
    debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
    any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Enhanced Recovery Company LLC**
Name
**8014 Bayberry Rd.**
Number     Street



**Jacksonville**          **FL**      **32256-7412**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims

**Collecting for - Dish**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __  __ __  __ __  __ __

---

**Portfolio Recovery**
Name
**120 Corporate Blvd., Ste. 1**
Number     Street



**Norfolk**          **VA**      **23502**
City                 State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims

**Collecting for - Riverside**     ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Commerce  Center**

Last 4 digits of account number    __ __  __ __  __ __  __ __

---

**Portfolio Recovery**
Name
**120 Corporate Blvd., Ste. 1**
Number     Street



**Norfolk**          **VA**      **23502**
City                 State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims

**Collecting for - Capital**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**One Bank**

Last 4 digits of account number    __ __  __ __  __ __  __ __

---

**Portfolio Recovery**
Name
**120 Corporate Blvd., Ste. 1**
Number     Street



**Norfolk**          **VA**      **23502**
City                 State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims

**Collecting for - World**         ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Financial Network Bank**

Last 4 digits of account number    __8__  __3__  __6__  __8__

---

**Stacy Brew**
Name

Number     Street



City                 State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims

**Child support arrearage**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __  __ __  __ __  __ __

---

| Debtor 1 | **Shunte D. York-Arnold** | |
|---|---|---|
| Debtor 2 | **Franklin D. Arnold** | |
| | | Case number (if known) _____ |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$49,500.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. | **$49,500.00** |

|  |  |  |  | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$119,333.00** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$119,333.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)                   _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

    Person or company with whom you have the contract or lease        State what the contract or lease is for

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors                                                     12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If
two married people are filing together, both are equally responsible for supplying correct information.  If more space is
needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this
page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories*
   include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No.  Go to line 3.
   ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
        ☐ No
        ☐ Yes

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the
   person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the
   creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use
   *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  **Your codebtor**                                    *Column 2:*  **The creditor to whom you owe the debt**

                                                                    Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1.** **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **Operations Supervisor** | **Human Services Case Manager** |
| **Employer's name** | **Sertoma Centre** | **State of Illinois** |
| **Employer's address** | **4343 W, 123rd St**<br>Number  Street | **915 E.63rd**<br>Number  Street |
| | | **Chicago, IL** |
| | **Alsip          IL     60803**<br>City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | **7 months** | **3 years** |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$3,125.20** | **$4,099.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | **Calculate gross income.** Add line 2 + line 3. | 4. | **$3,125.20** | **$4,099.00** |

| Debtor 1 | **Shunte D. York-Arnold** |
|---|---|
| Debtor 2 | **Franklin D. Arnold** |

Case number (if known) _____

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | Copy line 4 here .................................................................. ➔ 4. | $3,125.20 | $4,099.00 |
| **5.** | **List all payroll deductions:** | | |
| | **5a.** Tax, Medicare, and Social Security deductions        5a. | $444.17 | $556.86 |
| | **5b.** Mandatory contributions for retirement plans        5b. | $0.00 | $0.00 |
| | **5c.** Voluntary contributions for retirement plans        5c. | $62.83 | $0.00 |
| | **5d.** Required repayments of retirement fund loans        5d. | $0.00 | $0.00 |
| | **5e.** Insurance        5e. | $309.83 | $114.00 |
| | **5f.** Domestic support obligations        5f. | $0.00 | $727.22 |
| | **5g.** Union dues        5g. | $0.00 | $67.40 |
| | **5h.** Other deductions.        5h. **+** Specify: | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.        6. | $816.83 | $1,465.48 |
| **7.** | **Calculate total monthly take-home pay.**    Subtract line 6 from line 4.        7. | $2,308.37 | $2,633.52 |
| **8.** | **List all other income regularly received:** | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm        8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | **8b.** Interest and dividends        8b. | $0.00 | $0.00 |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive        8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | **8d.** Unemployment compensation        8d. | $0.00 | $0.00 |
| | **8e.** Social Security        8e. | $0.00 | $0.00 |
| | **8f.** Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____        8f. | $0.00 | $0.00 |
| | **8g.** Pension or retirement income        8g. | $0.00 | $0.00 |
| | **8h.** Other monthly income. Specify: _____        8h. **+** | $0.00 | $0.00 |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.        9. | $0.00 | $0.00 |

**10.** **Calculate monthly income.**  Add line 7 + line 9.        10.   $2,308.37  **+**  $2,633.52  **=**  $4,941.89
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____        11.   **+**   $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.        12.   $4,941.89
**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

| None. |
|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
  chapter 13 expenses as of the
  following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | **22** | ☐ No  ☑ Yes |
   | _____ | **16** | ☐ No  ☑ Yes |
   | _____ | **11** | ☐ No  ☑ Yes |
   | _____ | **4** | ☐ No  ☑ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence.<br>Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,300.00** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | _____ |
| 4d. | Homeowner's association or condominium dues | 4d. | _____ |

| Debtor 1 | **Shunte D. York-Arnold** | | |
|---|---|---|---|
| Debtor 2 | **Franklin D. Arnold** | Case number (if known) | |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$350.00** |
| | 6b. Water, sewer, garbage collection | 6b. | |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$350.00** |
| | 6d. Other. Specify: | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$750.00** |
| 8. | **Childcare and children's education costs** | 8. | **$200.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$125.00** |
| 10. | **Personal care products and services** | 10. | **$70.00** |
| 11. | **Medical and dental expenses** | 11. | **$300.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$50.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$360.00** |
| | 15d. Other insurance. Specify: | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2  **Mazda** | 17b. | **$583.00** |
| | 17c. Other. Specify: **school bus for children** | 17c. | **$200.00** |
| | 17d. Other. Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

| Debtor 1 | **Shunte D. York-Arnold** | |
|---|---|---|
| Debtor 2 | **Franklin D. Arnold** | Case number (if known) _____ |

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** **Other.**  Specify: _____   21.   **+** _____

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$4,938.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$4,938.00** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$4,941.89** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **–** | **$4,938.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$3.89** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| **1.** *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | **$0.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................. | **$52,539.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B.......................................................... | **$52,539.00** |

## Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| **2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$50,734.00** |
| **3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$49,500.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$119,333.00** |
| **Your total liabilities** | **$219,567.00** |

## Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| **4.** *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I............................................................ | **$4,941.89** |
| **5.** *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J............................................................ | **$4,938.00** |

| Debtor 1 | **Shunte D. York-Arnold** | | |
|---|---|---|---|
| Debtor 2 | **Franklin D. Arnold** | Case number (if known) | _____ |

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

**6.** **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7.** **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$7,223.00

**9.** Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

| | | |
|---|---|---|
| 9a. | Domestic support obligations. (Copy line 6a.) | $49,500.00 |
| 9b. | Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. | Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. | Student loans. (Copy line 6f.) | $0.00 |
| 9e. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. | Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. | **Total.** Add lines 9a through 9f. | $49,500.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Shunte D. York-Arnold**          X **/s/ Franklin D. Arnold**
Shunte D. York-Arnold, Debtor 1           Franklin D. Arnold, Debtor 2

Date **12/01/2016**                       Date **12/01/2016**
MM / DD / YYYY                            MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shunte** First Name | **D.** Middle Name | **York-Arnold** Last Name |
| Debtor 2 (Spouse, if filing) | **Franklin** First Name | **D.** Middle Name | **Arnold** Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☒ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions | Sources of income Check all that apply. | Gross income (before deductions and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | ☒ Wages, commissions, bonuses, tips | $13,702.00 | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| For the last calendar year: (January 1 to December 31, **2015** ) YYYY | ☒ Wages, commissions, bonuses, tips | $34,000.00 | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| For the calendar year before that: (January 1 to December 31, **2014** ) YYYY | ☒ Wages, commissions, bonuses, tips | $32,000.00 | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1   **Shunte D. York-Arnold**
Debtor 2   **Franklin D. Arnold**

Case number (if known) _____

|  | **Debtor 1** |  | **Debtor 2** |  |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $32,000.00 | ☑ Wages, commissions, bonuses, tips | $55,000.00 |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For the last calendar year:**<br><br>(January 1 to December 31, __2015__ )<br>            YYYY | ☑ Wages, commissions, bonuses, tips | $32,000.00 | ☑ Wages, commissions, bonuses, tips | $52,000.00 |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:**<br><br>(January 1 to December 31, __2014__ )<br>            YYYY | ☑ Wages, commissions, bonuses, tips | $32,000.00 | ☑ Wages, commissions, bonuses, tips | $52,000.00 |
|  | ☐ Operating a business |  | ☐ Operating a business |  |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

    ☑ No
    ☐ Yes.  Fill in the details.

Debtor 1   **Shunte D. York-Arnold**
Debtor 2   **Franklin D. Arnold**

Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
| --- | --- |

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
| --- | --- |

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes. Fill in the details.

Debtor 1     **Shunte D. York-Arnold**

Debtor 2     **Franklin D. Arnold**                                              Case number (if known) _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

### Part 5:     List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

### Part 6:     List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

### Part 7:     List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Shunte D. York-Arnold**

Debtor 2    **Franklin D. Arnold**                                    Case number (if known) _____

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

## Part 9:    Identify Property You Hold or Control for Someone Else

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

Debtor 1   **Shunte D. York-Arnold**

Debtor 2   **Franklin D. Arnold**

Case number (if known) _____

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☑ No
    ☐ Yes. Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☑ No. None of the above applies. Go to Part 12.
    ☐ Yes. Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

    ☐ No
    ☐ Yes. Fill in the details below.

Debtor 1    **Shunte D. York-Arnold**
Debtor 2    **Franklin D. Arnold**                                                      Case number (if known) _____

| Part 12: | Sign Below |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X /s/ Shunte D. York-Arnold**              **X /s/ Franklin D. Arnold**
_____                 _____
Shunte D. York-Arnold, Debtor 1              Franklin D. Arnold, Debtor 2

Date    **12/01/2016**                       Date    **12/01/2016**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice,*
                                                            *Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Shunte** | **D.** | **York-Arnold** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Franklin** | **D.** | **Arnold** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7                12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■  **creditors have claims secured by your property, or**

■  **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Hold Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Santander Consumer USA**<br><br>Description of property securing debt: **2013 Toyota Camry** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Wells Fargo Dealer Services**<br><br>Description of property securing debt: **2013 Mazda CX9** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor 1    **Shunte D. York-Arnold**
Debtor 2    **Franklin D. Arnold**

Case number (if known) _____

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                          Will this lease be assumed?

**None.**

| **Part 3:** | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Shunte D. York-Arnold** _____          X **/s/ Franklin D. Arnold** _____
Shunte D. York-Arnold, Debtor 1                                   Franklin D. Arnold, Debtor 2

Date **12/01/2016** _____                                Date **12/01/2016** _____
MM / DD / YYYY                                                            MM / DD / YYYY

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 2

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liqudation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   | | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms .html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/Bankru ptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re  **Shunte D. York-Arnold**                                     Case No. _____
        **Franklin D. Arnold**

                                                                     Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................................. | **$2,000.00** |
| Prior to the filing of this statement I have received...................................................... | **$65.00** |
| Balance Due............................................................................................................ | **$1,935.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **12/01/2016** | **/s/ Robert J. Adams & Associates** |
| *Date* | *Robert J. Adams & Associates*          Bar No.  0013056 |
| | Robert J. Adams & Associates |
| | 901 W. Jackson, Suite 202 |
| | Chicago, IL 60607 |
| | Phone: (312) 346-0100 / Fax: (312) 346-6228 |

---

**/s/ Shunte D. York-Arnold**

**Shunte D. York-Arnold**

**/s/ Franklin D. Arnold**

**Franklin D. Arnold**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Shunte D. York-Arnold**                              CASE NO
**Franklin D. Arnold**
                                                               CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  12/1/2016                                Signature  /s/ Shunte D. York-Arnold
                                                          **Shunte D. York-Arnold**


Date  12/1/2016                                Signature  /s/ Franklin D. Arnold
                                                          **Franklin D. Arnold**

Capital One Bank
PO Box 85617
Richmond, VA 23276


Check ' N Go
2010 E. 159th St.
Calumet City, IL 60409


Credit One Bank
PO Box 98872
Las Vegas, NV 89193


Department of ed/Navient
P.O.Box 9635
Wilkes Barre, PA 18773


Dish Network
Dept 0063
Palatine, IL 60055-0063


Enhanced Recovery Company LLC
8014 Bayberry Rd.
Jacksonville, FL  32256-7412


Illinois Child Support
509 South 6th Street
Child Support Enforcement
Springfield, IL 62701


Lane Bryant
PO Box 182121
Columbus, OH 43218


Norine Taylor

Peoples Gas
n/k/a People's Energy
200 E. Randoph
Chicago, IL 60687-6207


Portfolio Recovery
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502


Riverside Commerce Center
120 Corporate Blvd. Ste. 100
Norfolk, VA 235024962


Robert J Adams & Associates
901 W Jackson, Suite 202
Chicago, IL 60607


Santander Consumer USA
8585 N. Stemmons FW
Dallas, TX 75287


Stacy Brew


Wells Fargo Dealer Services
PO Box 25341
Santa Ana, CA 92799-5341


World Financial Network National Bank
PO Box 182124
Columbus, OH 43218


Yoshika Millburn

Debtor(s):  **Shunte D. York-Arnold**
                 **Franklin D. Arnold**
Case No.
Chapter 7

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

Capital One Bank
PO Box 85617
Richmond, VA 23276

Portfolio Recovery
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502

Check ' N Go
2010 E. 159th St.
Calumet City, IL 60409

Riverside Commerce Center
120 Corporate Blvd. Ste. 100
Norfolk, VA 235024962

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Robert J Adams & Associates
901 W Jackson, Suite 202
Chicago, IL 60607

Department of ed/Navient
P.O.Box 9635
Wilkes Barre, PA 18773

Santander Consumer USA
8585 N. Stemmons FW
Dallas, TX 75287

Dish Network
Dept 0063
Palatine, IL 60055-0063

Stacy Brew

Enhanced Recovery Company LLC
8014 Bayberry Rd.
Jacksonville, FL  32256-7412

Wells Fargo Dealer Services
PO Box 25341
Santa Ana, CA 92799-5341

Illinois Child Support
509 South 6th Street
Child Support Enforcement
Springfield, IL 62701

World Financial Network Nationa
PO Box 182124
Columbus, OH 43218

Lane Bryant
PO Box 182121
Columbus, OH 43218

Yoshika Millburn

Norine Taylor

Peoples Gas
n/k/a People's Energy
200 E. Randoph
Chicago, IL 60687-6207

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Shunte D. York-Arnold**                                                     CASE NO
        **Franklin D. Arnold**

                                                                                       CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**                                           Scheme Selected: **State**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $50,734.00 | $50,734.00 | $0.00 | $0.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $225.00 | $0.00 | $225.00 | $225.00 | $0.00 |
| 7. | Electronics | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $220.00 | $0.00 | $220.00 | $220.00 | $0.00 |
| 12. | Jewelry | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $60.00 | $0.00 | $60.00 | $60.00 | $0.00 |
| 17. | Deposits of money | $600.00 | $0.00 | $600.00 | $600.00 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $300.00 | $0.00 | $300.00 | $300.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Shunte D. York-Arnold**                              CASE NO
        **Franklin D. Arnold**

                                                        CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**                    Scheme Selected: **State**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$52,539.00** | **$50,734.00** | **$1,805.00** | **$1,805.00** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE: **Shunte D. York-Arnold**                                    CASE NO
**Franklin D. Arnold**

                                                                 CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$52,539.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$52,539.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$50,734.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$50,734.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$1,805.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$1,805.00** |
| J. Total Exemptions Claimed | **$1,805.00** |
| K. Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

Capital One Bank
PO Box 85617
Richmond, VA 23276

Portfolio Recovery
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502

Check ' N Go
2010 E. 159th St.
Calumet City, IL 60409

Riverside Commerce Center
120 Corporate Blvd. Ste. 100
Norfolk, VA 235024962

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Robert J Adams & Associates
901 W Jackson, Suite 202
Chicago, IL 60607

Department of ed/Navient
P.O.Box 9635
Wilkes Barre, PA 18773

Santander Consumer USA
8585 N. Stemmons FW
Dallas, TX 75287

Dish Network
Dept 0063
Palatine, IL 60055-0063

Stacy Brew

Enhanced Recovery Company LLC
8014 Bayberry Rd.
Jacksonville, FL  32256-7412

Wells Fargo Dealer Services
PO Box 25341
Santa Ana, CA 92799-5341

Illinois Child Support
509 South 6th Street
Child Support Enforcement
Springfield, IL 62701

World Financial Network
National Bank
PO Box 182124
Columbus, OH 43218

Lane Bryant
PO Box 182121
Columbus, OH 43218

Yoshika Millburn

Norine Taylor

Peoples Gas
n/k/a People's Energy
200 E. Randoph
Chicago, IL 60687-6207

*Robert J. Adams & Associates, Bar No. 0013056*
*Robert J. Adams & Associates*
*901 W. Jackson, Suite 202*
*Chicago, IL 60607*
*(312) 346-0100*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                                    Case No.:
**Shunte D. York-Arnold**                      SSN:   **xxx-xx-1540**
**Franklin D. Arnold**                           SSN:   **xxx-xx-3001**
Debtor(s)
                                         **Numbered Listing of Creditors**
Address:
**7311 S. Evans**                             Chapter:    **7**
**Chicago, IL 60619**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.   Capital One Bank<br>PO Box 85617<br>Richmond, VA 23276 | Unsecured Claim | $392.00 |
| 2.   Check ' N Go<br>2010 E. 159th St.<br>Calumet City, IL 60409 | Unsecured Claim | $1,500.00 |
| 3.   Check ' N Go<br>2010 E. 159th St.<br>Calumet City, IL 60409 | Unsecured Claim | $800.00 |
| 4.   Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193 | Unsecured Claim | $665.00 |
| 5.   Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $4,781.00 |
| 6.   Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $5,756.00 |

in re:    **Shunte D. York-Arnold**

Debtor                                                                     Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7. Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $9,853.00 |
| 8. Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $4,762.00 |
| 9. Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $5,176.00 |
| 10. Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $9,929.00 |
| 11. Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $3,255.00 |
| 12. Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $17,314.00 |
| 13. Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $8,583.00 |
| 14. Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $3,754.00 |
| 15. Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $9,355.00 |

in re:    **Shunte D. York-Arnold**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 16.  Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $5,762.00 |
| 17.  Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $2,486.00 |
| 18.  Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $9,946.00 |
| 19.  Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $5,848.00 |
| 20.  Department of ed/Navient<br>P.O.Box 9635<br>Wilkes Barre, PA 18773 | Unsecured Claim | $5,007.00 |
| 21.  Dish Network<br>Dept 0063<br>Palatine, IL 60055-0063 | Unsecured Claim | $352.00 |
| 22.  Enhanced Recovery Company LLC<br>8014 Bayberry Rd.<br>Jacksonville, FL  32256-7412 | Unsecured Claim | $0.00 |
| 23.  Illinois Child Support<br>509 South 6th Street<br>Child Support Enforcement<br>Springfield, IL 62701 | Unsecured Claim | |
| 24.  Illinois Child Support<br>509 South 6th Street<br>Child Support Enforcement<br>Springfield, IL 62701 | Unsecured Claim | |

in re:   **Shunte D. York-Arnold**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. Illinois Child Support<br>509 South 6th Street<br>Child Support Enforcement<br>Springfield, IL 62701 | Priority Claim | $49,500.00 |
| 26. Lane Bryant<br>PO Box 182121<br>Columbus, OH 43218 | Unsecured Claim | |
| 27. Norine Taylor | Priority Claim | |
| 28. Peoples Gas<br>n/k/a People's Energy<br>200 E. Randoph<br>Chicago, IL 60687-6207 | Unsecured Claim | $68.00 |
| 29. Portfolio Recovery<br>120 Corporate Blvd., Ste. 1<br>Norfolk, VA 23502<br>x8368 | Unsecured Claim | $0.00 |
| 30. Portfolio Recovery<br>120 Corporate Blvd., Ste. 1<br>Norfolk, VA 23502 | Unsecured Claim | $0.00 |
| 31. Portfolio Recovery<br>120 Corporate Blvd., Ste. 1<br>Norfolk, VA 23502 | Unsecured Claim | $0.00 |
| 32. Riverside Commerce Center<br>120 Corporate Blvd. Ste. 100<br>Norfolk, VA 235024962 | Unsecured Claim | $392.00 |
| 33. Riverside Commerce Center<br>120 Corporate Blvd. Ste. 100<br>Norfolk, VA 235024962 | Unsecured Claim | $245.00 |

in re:  **Shunte D. York-Arnold**

| | | |
|---|---|---|
| Debtor | | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. Riverside Commerce Center<br>120 Corporate Blvd. Ste. 100<br>Norfolk, VA 235024962 | Unsecured Claim | $197.00 |
| 35. Robert J Adams & Associates<br>901 W Jackson, Suite 202<br>Chicago, IL 60607 | Unsecured Claim | $1,935.00 |
| 36. Santander Consumer USA<br>8585 N. Stemmons FW<br>Dallas, TX 75287<br>xxxxxxxxx2628 | Secured Claim | $23,018.00 |
| 37. Stacy Brew | Unsecured Claim | $0.00 |
| 38. Wells Fargo Dealer Services<br>PO Box 25341<br>Santa Ana, CA 92799-5341 | Secured Claim | $27,716.00 |
| 39. World Financial Network National Bank<br>PO Box 182124<br>Columbus, OH 43218 | Unsecured Claim | $519.00 |
| 40. World Financial Network National Bank<br>PO Box 182124<br>Columbus, OH 43218 | Unsecured Claim | $701.00 |
| 41. Yoshika Millburn | Priority Claim | |

in re:    **Shunte D. York-Arnold**

_____        _____
                                    Debtor                                                          Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Shunte D. York-Arnold** _____ ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing    _Numbered Listing of Creditors,_

consisting of ___6___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.


Debtor:  **/s/ Shunte D. York-Arnold** _____    Date: 12/1/2016 _____
         **Shunte D. York-Arnold**



Spouse:  **/s/ Franklin D. Arnold** _____    Date: 12/1/2016 _____
         **Franklin D. Arnold**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:    **Shunte D. York-Arnold**
**Franklin D. Arnold**

CASE NO.

CHAPTER    **7**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 1, 2016, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rules.

Date:    **12/1/2016**

**/s/ Robert J. Adams & Associates**
**Robert J. Adams & Associates**
Attorney for the Debtor(s)

Capital One Bank
PO Box 85617
Richmond, VA 23276

Enhanced Recovery Company LLC
8014 Bayberry Rd.
Jacksonville, FL  32256-7412

Portfolio Recovery
x8368
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502

Check ' N Go
2010 E. 159th St.
Calumet City, IL 60409

Illinois Child Support
509 South 6th Street
Child Support Enforcement
Springfield, IL 62701

Portfolio Recovery
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Lane Bryant
PO Box 182121
Columbus, OH 43218

Riverside Commerce Center
120 Corporate Blvd. Ste. 100
Norfolk, VA 235024962

Department of ed/Navient
P.O.Box 9635
Wilkes Barre, PA 18773

Norine Taylor

Robert J Adams & Associates
901 W Jackson, Suite 202
Chicago, IL 60607

Dish Network
Dept 0063
Palatine, IL 60055-0063

Peoples Gas
n/k/a People's Energy
200 E. Randoph
Chicago, IL 60687-6207

Santander Consumer USA
xxxxxxxx2628
8585 N. Stemmons FW
Dallas, TX 75287

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:    **Shunte D. York-Arnold**
          **Franklin D. Arnold**

CASE NO.

CHAPTER    **7**

## CERTIFICATE OF SERVICE

(Continuation Sheet #1)

Shunte D. York-Arnold
7311 S. Evans
Chicago, IL 60619

Stacy Brew

Wells Fargo Dealer Services
PO Box 25341
Santa Ana, CA 92799-5341

World Financial Network National Bank
PO Box 182124
Columbus, OH 43218

Yoshika Millburn